**IN MARYLAND:**

**THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY**

| | |
|---|---|
| **QAWI ROBERTSON**<br>Private Individual<br>PO Box 230<br>Brandywine, MD 20613 | )<br>)<br>)<br>)<br>) |

Civil Case No _CAC 20 - 15988_

| | |
|---|---|
| **Plaintiff,**<br>VS. | )<br>)<br>) |
| **Kendra Ross (Daughter)**<br>Private Individual<br>782 Saxon Court<br>Charlottesville, VA 22901<br>Private Individual<br>Ward of:<br>Gillian Chadwick<br>Washburn University School of Law<br>1700 SW College Avenue<br>Topeka, KS 66621<br>and<br>**MCGUIREWOODS LLP**<br>**Elizabeth A. Hutson, Jonathan T. Blank,**<br>**Katlyn Farrell, Benjamin P. Abel**<br>2001 K Street NW, Suite 400<br>Washington, DC 20006<br>As her residence is under protection<br>the above is being served on her behalf | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Cheryl Ross (Mother)**<br>Private Individual<br>3547 Spottswood Ave.<br>Memphis, TN 38111<br>**Defendant(s)** | )<br>)<br>)<br>)<br>)<br>)<br>) |

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020

## COMPLAINT

## BREACH OF CONTRACT AND MEMORANDUM OF AGREEMENT
## BY DEFENDANTS
## DEFAMATION, LIBEL, SLANDER, OR SIMILAR

Memorandum of Agreement under a contract and Legal Definition. A Memorandum of Agreement ("MOA"), also known as a memorandum of understanding, is a formal business document used to outline an agreement made between two separate entities, groups or individuals.

I, Qawi "last name of robertson" Being a private individual and a member of the Community known as the United Nation of Islam at one time, and a member of The Value Creators at one time and a member of the Promise Keepers set for this claim of injury caused by Kendra Ross in her capacity as a private individual, and her Mother, Cheryl Ross in her capacity as a private individual.

The agreed contract of each of the communities that when anyone became a member of, they were informed of the guidelines and terms of such condition to live in the community. Those who choose to stay and live in the community agreed to the terms of the contract, if you refuse to live by the terms of the contract then you were free to leave.

Today you have similar in Housing Association, volunteer services for State and Federal Agencies.

Agenda 21 is one of several global plans of action designed to create a coalition of government, business, and non-governmental organizations (NGO's) under the auspices of the United Nations. When fully operational, this system of Global Governance will command a One World Court, a One World Army, a One World Media, etc. All working in lock-step to gain total control over all human activity and all of the Earth's wealth.

Below are former living and work agreements made by those who choose to work and live within these communities in the United States and these communities were not called a "cult". From the 1900 up until the early 1950s many workers/employees, especially those in the

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020

mining and logging industry, were paid in a form of currency issued by their employer known as company scrip

Example similar agreement

Company scrip is scrip (a substitute for government-issued legal tender or currency)

Lumber company scrip In Wisconsin, for example, forest-products and lumber companies were specifically exempted from the state law requiring employers to pay workers' wages in cash. Lumber and timber companies frequently paid their workers in script, which was redeemable at the company store. Company-run stores served as a convenience for workers and their families, but also allowed the companies to recapture some of their labor expenses. In certain cases, employers included contract provisions requiring employees to patronize the company stores. Employees who wanted to change their script to cash generally had to do so at a discount.

 Coal scrip is "tokens or paper with a monetary value issued to workers as an advance on wages by the coal company or its designated representative".  As such, coal scrip could only be used at the specific locality or coal town of the company named. Because coal scrip was used in the context of a coal town, where there are usually no other retail establishments in that specific remote location, employees who used this could only redeem their value at that specific location

Gamification describes the incentivisation of people's engagement in non-game contexts and activities by using game-style mechanics. Gamification leverages people's natural tendencies for competition, achievement, collaboration, and charity. Tools employed in game design, such as rewarding users for achievements, "leveling-up," and earning badges, are carried into the real world to help motivate individuals to achieve their goals or boost performance.

There are many examples of gamification, the most well-known perhaps being frequent flyer rewards programs offered by airlines. The important measurable metrics of success from gamification include the level of engagement, influence, brand loyalty, time spent on an activity, and the game's ability to go viral.

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020

Homeowners' Association Sample Rules A written contract of a group of property owners, typically condominium owners, describing their joint ownership obligations and rights. The association agreement usually allows members to approve new owners before a sale, and gives the right to charge each resident for agreed upon building operating expenses.

In the United States, a homeowner association (or homeowners' association, abbreviated HOA, sometimes referred to as a property owners' association or POA) is a private association often formed by a real estate developer for the purpose of marketing, managing, and selling homes and lots in a residential subdivision. Typically the developer will transfer control of the association to the homeowners after selling a predetermined number of lots. Generally any person who wants to buy a residence within the area of a homeowners association must become a member, and therefore must obey the governing documents including Articles of Incorporation, CC&Rs (Covenants, Conditions and Restrictions) and By-Laws, which may limit the owner's.

A cooperative agreement is a legal agreement between the federal government and any other entity. A cooperative agreement occurs when the federal government transfers something of value, usually money, to a state government, municipality or private company for a public purpose. In a cooperative agreement, substantial interaction goes on between the federal government and the other party.

## 31 U.S. Code § 6305.Using cooperative agreements

An executive agency shall use a cooperative agreement as the legal instrument reflecting a relationship between the United States Government and a State, a local government, or other recipient when—

(1) the principal purpose of the relationship is to transfer a thing of value to the State, local government, or other recipient to carry out a public purpose of support or stimulation authorized by a law of the United States instead of acquiring (by purchase, lease, or barter) property or services for the direct benefit or use of the United States Government; and

(2) substantial involvement is expected between the executive agency and the State, local government, or other recipient when carrying out the activity contemplated in the agreement.

## BARTERING/PAYMENT IN KIND

Bartering and "Payment kind" are two systems that date as far back as 6000 B.C

Bartering is the exchange of goods or services for other goods or services without the use of money. Payment in kind is the use of goods or services instead of cash. Payment-in-kind also refers to a financial instrument that pays interest or dividends to investors of bonds, notes, or preferred stock with additional securities or equity instead of cash. "Payment-in-kind, and bartering are two successful systems because both parties are aware upfront of the method of pay and or exchange. Similar in this case with Cheryl Ross and Kendra Ross. All parties are aware of the agreement upfront and therefore made the agreement to volunteer services while being provided a safe place to grow and learn while all their physical needs were met.

## LEGAL DEFINITION OF A VOLUNTEER

29 CFR § 553.101 - "Volunteer" defined. (a) An individual who performs hours of service for a public agency for civic, charitable, or humanitarian reasons, without promise, expectation or receipt of compensation for services rendered, is considered to be a volunteer during such hours. Individuals performing hours of service for such a public agency will be considered volunteers for the time so spent and not subject to sections 6, 7, and 11 of the FLSA when such hours of service are performed in accord with sections 3(e)(4) (A) and (B) of the FLSA and the guidelines in this subpart. What this is sharing is that Kendra Ross applies to this.

(b) Congress did not intend to discourage or impede volunteer activities undertaken for civic, charitable, or humanitarian purposes, but expressed its wish to prevent any manipulation or abuse of minimum wage or overtime requirements through coercion or undue pressure upon individuals to "volunteer" their services.

(c) Individuals shall be considered volunteers only where their services are offered freely and without pressure or coercion, direct or implied, from an employer.

(d) An individual shall not be considered a volunteer if the individual is otherwise employed by the same public agency to perform the same type of services as those for which the individual proposes to volunteer.

## 29 CFR § 553.100 General.

Section 3(e) of the Fair Labor Standards Act, as amended in 1985, provides that individuals performing volunteer services for units of State and local governments will not be regarded as "employees" under the statute. The purpose of this subpart is to define the circumstances under which individuals may perform hours of volunteer service for units of State and local governments without being considered to be their employees during such hours for purposes of the FLSA.

## THE MEMORANDUM OF AGREEMENT

When Cheryl Ross and her minor children Kendra Ross come to the community known as the United Nation of Islam in the year of 1995 when it was under the control of Royall "last name of Jenkins", Cheryl Ross had to go through a training course to ensure she was aware of what she was agreeing to.

The condition if she agreed to work in the community, she would receive the following for her and her children, housing, medical, food, schooling for her Daughter Kendra Ross as one of the siblings, to have training for a job skill in other communities that could be in other States if they choose to be part of the community.

This agreement was violated once Kendra Ross left the community and became of age over that of a minor of 18 years of age that Cheryl Ross agreed to when Kendra Ross was still a minor under the jurisdiction and control of her mother.

Again Kendra Ross did return back to the community of United Nation of Islam once she was of legal age, of her own free will and married and then left again to return to the outside system outside of the community. This is called free will.

Brief history of the United Nation Of Islam under control of Royal "last name of jenkins" at that time Kendra Ross was a minor when all of her claims have occurred against this community.

Since 2010-2012 the United Nation Of Islam has gone through troubled waters of being Hi Jacked by former members who seen cash value of this community. This community was taken over, and then returned back to the original board members.

Kendra Ross actions in 2018 long after being out of the community and still under the memorandum of agreement /contract to which she has received the benefits while as a minor under Mother Cheryl Ross jurisdiction.

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020

Kendra Ross was not a member of the Value Creators or that of the Promise Keeper. But by her action claiming human trafficking and labor claim against the United Nation Of Islam is a contract violation to the agreement of being a member.

These same memorandum of agreement /contracts are the same with the Valve Creators and Promise Keepers.

The suit against the communities / people has caused in- repairable damage against these communities/ people.

The people of these communities have lost the right to work in the community, schooling, medical treatment from the community, food, housing, etc.

## INTRODUCTION

1. Defamation, Libel and Slander remains a shockingly prevalent practice throughout the world and it has become an epidemic in the United States.

   a. False accusations circulate worldwide with blinding speed through internet social media via all types of electronic devices: TV's, phones, tablets etc which causes a person or their business entities to lose public trust in them and/or their products and services.

   b. Slander victimizes vulnerable persons by defrauding and forcing them to close businesses, change names, relocate, lose sales and gainful employment.

2. I, Qawi "last name robertson" the plaintiff knows this first hand and you may ask how and why I have first-hand knowledge?

3. From 2000 until it's unauthorized decommission on December 31st, 2012 (executed by the criminal activities of UNOI Officers Akiba and Kaaba Majeed, Henry Munoz, Yunus Rassoull and Attorney Wayman W. Favors) I accepted membership with the organization named the United Nation of Islam with the understanding that any goods, services or time invested that were rendered from my fleshly being would be donated (whether monetary or physical goods) on a volunteer basis.

4. As Defendant(s) Kendra and Cheryl Ross (Mother and Daughter) were and are completely aware of the fact that there were clear steps and information for every potential member;

    a. this procedure was called "processing" in the United Nation of Islam which generally consisted of attending three public meetings and,

    b. then being asked if you'd like to move forward with orientation classes.

    c. The processing member then wrote a savior's letter (a written contract/agreement) which was the standard for all UNOI Members that were of the age of majority (18 years) and,

    d. then in turn mailed it to UNOI HQ's for approval.

    • A sample of this UNOI contract/agreement is enclosed and labeled as 'Evidence A' [Exhibit A].

5. As President George Washington stated; "To speak evil of any one, unless there is unequivocal proofs of their deserving it, is an injury for which there is no adequate reparation."

    a. Fortunately, the state and federal laws prohibit this contemptible practice such as 2017 KANSAS Statute Article 24. - REGULATION OF CERTAIN TRADE PRACTICES 40-2404. Unfair methods of competition or unfair and deceptive acts or practices; title insurance agents, requirements; disclosure of nonpublic personal information; rules and regulations.

    b. Along with federal law 28 U.S. Code § 4101. Definitions: The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

6. I, Qawi "last name robertson" boldly and bravely return to this jurisdiction – the epicenter of Kendra Ross's initial breach of contract and DEFAMATION and SLANDEREROUS deception – and bring this action to enforce anti-breach of contract and defamation under federal and state laws.

7. KENDRA ROSS and CHERYL ROSS both knew after at least 15 years of participation and membership with the UNOI that all of the abovementioned statement is false and a complete breach of contract.

8. I, Qawi "last name robertson" have been in these 3 entities the UNOI, the Value Creators and the Promise Keepers since birth and have never experienced being trafficked or been mistreated NOR have ever seen any of like ever perpetuated in these communities.

9. My Dad (William Robertson) and Kendra Ross' Mother (Cheryl Ross) was married/ together While both being in the UNOI and The Value Creators.

10. During their marriage which makes me Kendra Ross' step brother.

11. I lived with Kendra Ross on Two different occasions.
    a. One occasion being while in the UNOI and,
    b. also While the UNOI was dismantled.
    c. In living with Ms. Ross in 2008 and also from 2012 through 2013.

12. I have NEVER experienced her being forced to do anything or being threatened to do anything while in the UNOI.

13. While living with Kendra Ross in 2012-2013 she was working various jobs at Chipotle and Cafe Rio.

14. She also had a working vehicle.

15. She had friends and was happy working with them.

16. Throughout my time living with the Cheryl and Kendra Ross the relationship between the two was a rocky road.
    a. They had many of arguments, fights, they even involved the police at times.
    b. Cheryl Ross and my dad William Robertson was not pleased with Kendra's actions which consisted of with smoking marijuana, being disrespectful, breaking the rules of the home and being over her friends homes late at night.

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020

c. It got to the point where she was kicked out the home BY CHERYL ROSS "Her own Mother".

17. Kendra Ross states in her fraudulent claim that her marriage in the UNOI was arranged.

a. However the community did not operate that way in the UNOI, The Value Creators or The Promise Keepers.

b. Within the communities the woman picks the man, if the man accepts the women it is checked with her first if she is in agreement with the idea.

18. Kendra Ross stated that she was forced to cook, clean, and do housework.

a. Having general household responsibilities or being someone's wife is not being forced to do something. Even in that it does not justify Kendra Ross being financially compensated for general household duties and would be a breach of the memorandum of agreement of the UNOI.

19. Kendra Ross falsely states that she couldn't have contact with her mother.

a. Living with both Kendra Ross and Cheryl Ross I have first-hand knowledge stating that is not true.

b. I, Qawi "last name of robertson" being born in the community, I've spent time away from my parents and have always had the opportunity to communicate with my parents.

## I BEING A PLAINTIFF IN THIS ACTION HAS LOST THE FOLLOWING

1. Lost businesses in Baltimore, MD, New Haven, CT, Chicago, IL, Kansas City, KS and Atlanta, GA which consisted of restaurants/catering, bakery, trucking, construction, schooling and food product wholesaling.

2. I personally have lost my job in the Atlanta restaurant.

3. In losing my job it caused me to move out of my home.

4. Wells Fargo froze our business accounts of the Value Creators.

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020

5. Lost revenue and potential revenue from Royall's Finest Coffee due to the slanderous statements made by Kendra Ross in her filing of August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – a product sample is enclosed and labeled as 'Evidence A' [Exhibit A].

6. Lost revenue and potential revenue from Royall Essence tea beverage due to the slanderous statements made by Kendra Ross in her filing of August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – a product sample is enclosed and labeled as 'Evidence B' [Exhibit B].

7. Lost revenue and potential revenue from Royall Dressing salad dressing due to the slanderous statement s made by Kendra Ross in her filing of August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – a product sample is enclosed and labeled as 'Evidence C' [Exhibit C].

8. Lost revenue and potential revenue from the Royall Touch eatery located in Kansas City, KS due to the slanderous statements made by Kendra Ross in her filing on August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – business documents are enclosed and labeled as 'Evidence D' [Exhibit D].

9. Lost revenue and potential revenue from the Royall Touch cafeteria/catering business in Baltimore, MD due to the slanderous statements made by Kendra Ross in her filing on August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – business documents are enclosed and labeled as 'Evidence E' [Exhibit E]

10. I, Qawi Robertson experienced slander, libel, and defamation of character while doing Non-for profit fundraisers.

11. We were known in the community for being upstanding, having a strong drive to make our community positive, we were respected giving the youth opportunities, fixing up many buildings and adding life to the community. Because of Kendra Ross' fraudulent claims we have been profiled and are considered a cult.

12. I lost friends/Family due to us being labeled a cult.

13. Also while doing these various fund-raisers, I was often asked if I was selling "Cult cakes" or "Trafficked Cakes".

BreachOfContract.QRobertson.Kendra.Ross.9/15/2020